NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3261

ANTHONY W. LISANTI,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in CH0831070499-I-1.

ON MOTION

Before PROST, Circuit Judge.

## O R D E R

Anthony W. Lisanti moves without opposition for a 45-day extension of time, until March 19, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK

cc:   Linda D. Friedman, Esq.
      Tara J. Kilfoyle, Esq.

s20